**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EARL EUGENE CANNEDY, JR., ) | NO. ED CV 08-1230-CJC(E) |
| Petitioner, ) | |
| v. ) | ORDER ADOPTING FINDINGS, |
| DARREL ADAMS, Warden, ) | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered requiring that Respondent discharge Petitioner from all adverse consequences of his conviction in Riverside County Superior Court case number INF 046350, unless Petitioner is brought to retrial within ninety (90) days of the date the Judgment becomes final, plus any additional delay authorized under State law.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Petitioner, counsel for Petitioner,
4 and counsel for Respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

8    DATED: November 2, 2009.

```
                    _____
                          CORMAC J. CARNEY
                    UNITED STATES DISTRICT JUDGE
```