**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EARL EUGENE CANNEDY, JR., | ) | NO. ED CV 08-1230-CJC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DARREL ADAMS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Respondent discharge Petitioner from all adverse consequences of his conviction in Riverside County Superior Court case number INF 046350, unless Petitioner is brought to retrial within ninety (90) days of the date this

///
///
///
///

Judgment becomes final, plus any additional delay authorized under State law.

DATED: November 2, 2009.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2